Form 151

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Brian R. Hefferin**
   Debtor(s)

Bankruptcy Case No.: 19–23231–GLT

Chapter: 13
Docket No.: 30 – 28
Concil. Conf.: September 24, 2020 at 09:30 AM

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __12th____ day of __August_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

    U.S. First Class Mail

on the respondent(s) at (list names and addresses here):

    All parties listed on the attached mailing matrix.

Executed on __August 12, 2020_____    __/s/ Lauren M. Lamb_____
               (Date)                                     (Signature)

__Lauren M. Lamb, 707 Grant Street, Suite 2830, Pittsburgh, Pa 15219_____
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          Bank of America                          (p)BANK OF AMERICA
0315-2                                   4909 Savarese Circle                     PO BOX 982238
Case 19-23231-GLT                        Fl1-908-01-50                            EL PASO TX 79998-2238
WESTERN DISTRICT OF PENNSYLVANIA         Tampa, FL 33634-2413
Pittsburgh
Wed Aug 12 08:00:01 EDT 2020

Bank of America, N.A.                    Barclays Bank Delaware                   Barclays Bank Delaware
P O Box 982284                           Attn: Correspondence                     P.o. Box 8803
El Paso, TX 79998-2284                   Po Box 8801                              Wilmington, DE 19899-8803
                                         Wilmington, DE 19899-8801


(p)JPMORGAN CHASE BANK  N A              Citibank                                 Citibank
BANKRUPTCY MAIL INTAKE TEAM              Attn: Recovery/Centralized Bankruptcy    Po Box 6241
700 KANSAS LANE FLOOR 01                 Po Box 790034                            Sioux Falls, SD 57117-6241
MONROE LA 71203-4774                     St Louis, MO 63179-0034


Credit Control Collect                   Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC
2410 Broad Ave                           Discover Products Inc                    PO BOX 3025
Altoona, PA 16601-1940                   PO Box 3025                              NEW ALBANY OH 43054-3025
                                         New Albany, OH  43054-3025


Brian R. Hefferin                        JPMorgan Chase Bank, N.A.                LVNV Funding, LLC
1042 Laurel Street                       s/b/m/t Chase Bank USA, N.A.             Resurgent Capital Services
Bridgeville, PA 15017-2242               c/o Robertson, Anschutz & Schneid, P.L.  PO Box 10587
                                         6409 Congress Avenue, Suite 100          Greenville, SC 29603-0587
                                         Boca Raton, FL 33487-2853

Lauren M. Lamb                           Office of the United States Trustee      P S E C U
Steidl & Steinberg                       Liberty Center.                          Attention: Bankruptcy
707 Grant Street                         1001 Liberty Avenue, Suite 970           Po Box 67013
28th Floor - Gulf Tower                  Pittsburgh, PA 15222-3721                Harrisburg, PA 17106-7013
Pittsburgh, PA 15219-1908

P S E C U                                PSECU                                    Pennsylvania Department of Revenue
P.o. Box 1006                            PO BOX 67013                             Bankruptcy Division
Harrisburg, PA 17108-1006                HARRISBURG, PA 17106-7013                P.O. Box 280946
                                                                                  Harrisburg, PA 17128-0946


Pennsylvania Dept. of Revenue            PennyMac Loan Services, LLC              Pennymac Loan Services
Department 280946                        P.O. Box 2410                            6101 Condor Dr
P.O. Box 280946                          Moorpark, CA 93020-2410                  Moorpark, CA 93021-2602
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946


Pennymac Loan Services                   Peoples Natural Gas Company LLC          (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Correspondence Unit/Bankruptcy           c/o S. James Wallace, P.C.               PO BOX 41067
Po Box 514387                            845 N. Lincoln Ave.                      NORFOLK VA 23541-1067
Los Angeles, CA 90051-4387               Pittsburgh, PA 15233-1828


(p)TOYOTA MOTOR CREDIT CORPORATION       Toyota Financial Services                Toyota Motor Credit Corporation
PO BOX 8026                              Po Box 9786                              PO Box 9013
CEDAR RAPIDS IA 52408-8026               Cedar Rapids, IA 52409-0004              Addison, Texas 75001-9013
```

| | | |
|---|---|---|
| UPMC<br>2 Hot Metal Street<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | USAA Federal Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 |
| USAA Federal Savings Bank<br>10750 Mcdermott<br>San Antonio, TX 78288-1600 | USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio, TX 78288-1600 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |
| James Warmbrodt<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>Po Box 982238<br>El Paso, TX 79998 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850 |
| Discover Financial<br>Attn: Bankruptcy Department<br>Po Box 15316<br>Wilmington, DE 19850 | (d)Discover Financial<br>Po Box 15316<br>Wilmington, DE 19850 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |
| Toyota Financial Services<br>Attn: Bankruptcy Dept<br>Po Box 8026<br>Cedar Rapids, IA 52409 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Pennymac Loan Services, LLC | (d)USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio,, TX 78288-1600 | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     2<br>Total                  39 |