IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian R. Hefferin, | ) | |
| | ) | Case No. 19-23231 GLT |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-9813 | ) | |
| | ) | |
| *Debtor(s)* | ) | Document No. WO-1 |
| | ) | |
| Brian R. Hefferin, | ) | Related to Docket No. 31 |
| | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Commonwealth of Pennsylvania and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| *Respondent(s)* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 12, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Brian Hefferin
1042 Laurel Street
Bridgeville, Pa 15017

Commonwealth of Pennsylvania
Attn: Payroll Dept.
COPA-Exec Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, Pa 17105-8006

Date of Service: August 12, 2020            /s/ Lauren M. Lamb
                                            Lauren M. Lamb, Esquire
                                            Attorney for the Debtor

                                            STEIDL & STEINBERG
                                            Suite 2830, Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA 15219
                                            (412) 391-8000
                                            Llamb@steidl-steinberg.com
                                            PA I.D. No. 209201