IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Brian R. Hefferin, | ) | Case No. 19-23231-GLT |
|  Debtor | ) | Chapter 13 |
| | ) | |
| Brian R. Hefferin, | ) | Document No. 51 |
| Social Security No. XXX-XX-9813 | ) | |
|  Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Commonwealth of Pennsylvania and Ronda J. | ) | |
| Winnecour-Chapter 13 Trustee, | ) | |
|  Respondents | ) | |

## **CERTIFICATE OF SERVICE**

 I, the undersigned, hereby certify that on January 18, 2024, a true and correct copy of the *Amended Order to Pay Trustee* along with the *Notification of Debtor's Social Security Number* was served by the following methods, upon the following persons and parties:

Ronda J. Winnecour-Chapter 13 Trustee
*Via ECF Mail*

Brian Hefferin
1042 Laurel Street
Bridgeville, Pa 15017

Commonwealth of Pennsylvania
Attn: Payroll Dept.
COPA-Exec Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, Pa 17105-8006

Date of Service: January 18, 2024  /s/ Lauren M. Lamb
                Lauren M. Lamb, Esquire
                Attorney for the Debtor
                STEIDL & STEINBERG
                Suite 2830, Gulf Tower
                707 Grant Street
                Pittsburgh, PA 15219
                (412) 391-8000
                llamb@steidl-steinberg.com
                PA I.D. No. 209201