FILED
1/16/24 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                           )
                                 )
Brian R. Hefferin,               )    Case No. 19-23231-GLT
                                 )    Chapter 13
    Debtor                       )
                                 )    Related to Docket No. 48

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐    a motion to dismiss case or certificate of default requesting dismissal

☑    a plan modification sought by: Debtor due to increased disposable income

☐    a motion to lift stay
     as to creditor

☐    Other:

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the
*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*
☐ Chapter 13 Plan dated _____.
☑ Amended Chapter 13 Plan dated August 10, 2020

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☑    Debtor's Plan payments shall be changed from $1,920.00 to $3,492.00 per month, effective February 2024; and/or the Plan term shall be changed from ___ months to ___ months.

☐    In the event that Debtor fails to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor's Counsel a notice of default advising the Debtors that he has 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fails to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or

notice.

☐ Debtor shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☑ Other: The total amount available to unsecured creditors has increased to $25,000 for an estimated distribution of 48%.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this _ 16th Day of January, 2024

Dated: _ January 16, 2024

_____
Honorable Gregory L. Taddonio
Chief United States Bankruptcy Judge

Stipulated by:

/s/Lauren M. Lamb
Counsel to Debtor
Lauren M. Lamb, Esquire
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

Stipulated by:

/s/James Warmbrodt, Esquire
Counsel to Chapter 13 Trustee
James Warmbrodt, Esquire

Stipulated by:

_____
Counsel to affected creditor

cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23231-GLT |
| Brian R. Hefferin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian R. Hefferin, 1042 Laurel Street, Bridgeville, PA 15017-2242 |
| 15105664 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15105667 | + | P S E C U, P.o. Box 1006, Harrisburg, PA 17108-1006 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 17 2024 04:00:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15105650 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 04:00:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15105651 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 04:00:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15127203 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 17 2024 04:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15105653 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 17 2024 04:00:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15105652 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 17 2024 04:00:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15105658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:08:32 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2024 04:08:32 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105666 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:00:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15105665 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:00:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15109073 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 04:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15105654 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2024 04:08:31 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15105656 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2024 04:08:26 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15120059 | + | Email/Text: RASEBN@raslg.com | Jan 17 2024 04:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 19-23231-GLT   Doc 54   Filed 01/18/24   Entered 01/19/24 00:33:01   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15124218 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2024 04:08:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15105669 | + | Email/Text: bankruptcynotices@psecu.com | Jan 17 2024 04:01:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15140808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 04:08:23 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15126941 | + | Email/Text: bankruptcynotices@psecu.com | Jan 17 2024 04:01:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15146149 | + | Email/PDF: ebnotices@pnmac.com | Jan 17 2024 04:08:27 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15105671 | + | Email/PDF: ebnotices@pnmac.com | Jan 17 2024 04:08:27 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15105672 | + | Email/PDF: ebnotices@pnmac.com | Jan 17 2024 04:08:32 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15105673 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 17 2024 04:00:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15105674 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 17 2024 04:00:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15128932 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 17 2024 04:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15105675 | + | Email/Text: BankruptcyNotice@upmc.edu | Jan 17 2024 04:01:00 | UPMC, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15139121 | | Email/Text: BNCnotices@dcmservices.com | Jan 17 2024 04:00:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15105678 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 17 2024 04:00:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15105677 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 17 2024 04:00:00 | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15105676 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 17 2024 04:00:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| 15105659 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105660 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105662 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105663 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105657 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15105655 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15105670 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15105668 | *+ | P S E C U, P.o. Box 1006, Harrisburg, PA 17108-1006 |
| 15105679 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 32 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennymac Loan Services LLC bnicholas@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Brian R. Hefferin julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 5