Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brian R. Hefferin** | : | Case No. 19−23231−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 63 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/12/25 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this *The 27th of December, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 63 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)  **On or before February 10, 2025**, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2)  This Motion is scheduled for hearing on *March 12, 2025 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                           Case No. 19-23231-GLT
Brian R. Hefferin                                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                       User: auto                                       Page 1 of 3
Date Rcvd: Dec 27, 2024                             Form ID: 604                                    Total Noticed: 32

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#                    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian R. Hefferin, 1042 Laurel Street, Bridgeville, PA 15017-2242 |
| 15105664 | #+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15105667 | | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 27 2024 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15105650 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15105651 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15127203 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15105653 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 27 2024 23:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15105652 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 27 2024 23:35:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15105658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:40:47 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:40:58 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105666 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15105665 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15109073 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15105654 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2024 23:41:36 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15105656 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2024 23:42:15 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15120059 | + | Email/Text: RASEBN@raslg.com | Dec 27 2024 23:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15124218 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 27 2024 23:40:41 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15105669 | + | Email/Text: bankruptcynotices@psecu.com Dec 27 2024 23:35:00 | | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15140808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2024 23:41:33 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15126941 | + | Email/Text: bankruptcynotices@psecu.com Dec 27 2024 23:35:00 | | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15146149 | + | Email/PDF: ebnotices@pnmac.com Dec 27 2024 23:42:25 | | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15105671 | + | Email/PDF: ebnotices@pnmac.com Dec 27 2024 23:40:47 | | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15105672 | + | Email/PDF: ebnotices@pnmac.com Dec 27 2024 23:41:31 | | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15105673 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Dec 27 2024 23:35:00 | | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15105674 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Dec 27 2024 23:35:00 | | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15128932 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Dec 27 2024 23:35:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15105675 | + | Email/Text: BankruptcyNotice@upmc.edu Dec 27 2024 23:35:00 | | UPMC, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15139121 | | Email/Text: BNCnotices@dcmservices.com Dec 27 2024 23:35:00 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15105678 | + | Email/Text: bkelectronicnotices@usaa.com Dec 27 2024 23:35:00 | | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15105677 | + | Email/Text: bkelectronicnotices@usaa.com Dec 27 2024 23:35:00 | | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15105676 | + | Email/Text: bkelectronicnotices@usaa.com Dec 27 2024 23:35:00 | | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| 15105659 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105660 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105662 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105663 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105657 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15105655 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15105670 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15105668 | * | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |
| 15105679 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

Case 19-23231-GLT   Doc 66   Filed 12/29/24   Entered 12/30/24 00:24:40   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: 604 | Total Noticed: 32 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2024 at the address(es) listed below:**

**Name**  **Email Address**

Brent J. Lemon
  on behalf of Creditor Pennymac Loan Services  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
  on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com

Lauren M. Lamb
  on behalf of Debtor Brian R. Hefferin julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 6