**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| BRIAN R. HEFFERIN | Case No.:19-23231 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

December 23, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/16/2019 and confirmed on 9/19/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 136,382.49 |
| Less Refunds to Debtor | 9,274.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 127,108.09 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 6,943.10 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,343.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 48,712.65 | 0.00 | 48,712.65 |
|     Acct: 4689 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 6,013.38 | 6,013.38 | 0.00 | 6,013.38 |
|     Acct: 4689 | | | | |
|   PA STATE EMPLOYEES CU/PSECU | 9,193.33 | 9,193.33 | 1,068.09 | 10,261.42 |
|     Acct: 9813 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 23,720.59 | 23,720.59 | 3,056.93 | 26,777.52 |
|     Acct: 2150 | | | | |
| | | | | 91,764.97 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN R. HEFFERIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN R. HEFFERIN | 9,274.40 | 9,274.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BANK OF AMERICA NA** | 6,600.87 | 3,176.67 | 0.00 | 3,176.67 |
|     Acct: 3487 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 6,099.98 | 2,935.62 | 0.00 | 2,935.62 |
|     Acct: 1617 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH/ | 9,920.16 | 4,774.08 | 0.00 | 4,774.08 |
|     Acct: 2034 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CH/ | 4,564.89 | 2,196.85 | 0.00 | 2,196.85 |
|     Acct: 5888 | | | | |
|   LVNV FUNDING LLC | 8,985.77 | 4,324.40 | 0.00 | 4,324.40 |
|     Acct: 9711 | | | | |
|   LVNV FUNDING LLC | 4,880.24 | 2,348.62 | 0.00 | 2,348.62 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3330 | | | | |
|    LVNV FUNDING LLC | 697.25 | 335.55 | 0.00 | 335.55 |
| Acct: 5477 | | | | |
|    CREDIT CONTROL COLLECTIONS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4418 | | | | |
|    DISCOVER BANK(*) | 5,883.66 | 2,831.51 | 0.00 | 2,831.51 |
| Acct: 6778 | | | | |
|    PA STATE EMPLOYEES CU/PSECU | 3,840.26 | 1,848.13 | 0.00 | 1,848.13 |
| Acct: 9813 | | | | |
|    UPMC HEALTH SERVICES | 475.00 | 228.59 | 0.00 | 228.59 |
| Acct: 9813 | | | | |
|    USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5780 | | | | |
|    USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5601 | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 25,000.02 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 116,764.99 |

TOTAL CLAIMED
PRIORITY                0.00
SECURED          38,927.30
UNSECURED       51,948.08

Date: 12/23/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRIAN R. HEFFERIN

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-23231

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Brian R. Hefferin  
    Debtor

Case No. 19-23231-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Dec 27, 2024      Form ID: pdf900      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian R. Hefferin, 1042 Laurel Street, Bridgeville, PA 15017-2242 |
| 15105664 | #+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15105667 | | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 27 2024 23:35:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15105650 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15105651 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15127203 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 27 2024 23:35:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15105653 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 27 2024 23:35:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15105652 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 27 2024 23:35:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15105658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:41:33 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 27 2024 23:42:24 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105666 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15105665 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15109073 | | Email/Text: mrdiscen@discover.com | Dec 27 2024 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15105654 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2024 23:41:30 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15105656 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 27 2024 23:42:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15120059 | + | Email/Text: RASEBN@raslg.com | Dec 27 2024 23:35:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

Case 19-23231-GLT   Doc 68   Filed 12/29/24   Entered 12/30/24 00:24:40   Desc Imaged
Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 32 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15124218 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 27 2024 23:42:18 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15105669 | + | Email/Text: bankruptcynotices@psecu.com Dec 27 2024 23:35:00 | | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15140808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2024 23:42:11 | | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15126941 | + | Email/Text: bankruptcynotices@psecu.com Dec 27 2024 23:35:00 | | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15146149 | + | Email/PDF: ebnotices@pnmac.com Dec 27 2024 23:42:28 | | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15105671 | + | Email/PDF: ebnotices@pnmac.com Dec 27 2024 23:40:57 | | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15105672 | + | Email/PDF: ebnotices@pnmac.com Dec 27 2024 23:42:16 | | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15105673 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Dec 27 2024 23:35:00 | | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15105674 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Dec 27 2024 23:35:00 | | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15128932 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com Dec 27 2024 23:35:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15105675 | + | Email/Text: BankruptcyNotice@upmc.edu Dec 27 2024 23:35:00 | | UPMC, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15139121 | | Email/Text: BNCnotices@dcmservices.com Dec 27 2024 23:35:00 | | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15105678 | + | Email/Text: bkelectronicnotices@usaa.com Dec 27 2024 23:35:00 | | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15105677 | + | Email/Text: bkelectronicnotices@usaa.com Dec 27 2024 23:35:00 | | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15105676 | + | Email/Text: bkelectronicnotices@usaa.com Dec 27 2024 23:35:00 | | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| 15105659 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105660 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105662 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105663 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105657 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15105655 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15105670 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15105668 | * | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |
| 15105679 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |

TOTAL: 1 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

Case 19-23231-GLT    Doc 68    Filed 12/29/24    Entered 12/30/24 00:24:40    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 27, 2024 | Form ID: pdf900 | Total Noticed: 32 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2024           Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Pennymac Loan Services LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Pennymac Loan Services LLC dcarlon@kmllawgroup.com |
| Lauren M. Lamb | on behalf of Debtor Brian R. Hefferin julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 6