IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/11/25 2:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
BRIAN R. HEFFERIN

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-23231

Chapter 13

Related to Docket No. 63

## ORDER OF COURT

AND NOW, this **11th** Day of **February, 2025**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

## ENTERED BY DEFAULT

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-23231-GLT
Brian R. Hefferin  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 3
Date Rcvd: Feb 11, 2025  Form ID: pdf900  Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian R. Hefferin, 1042 Laurel Street, Bridgeville, PA 15017-2242 |
| 15105667 | | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 12 2025 00:21:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15105650 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2025 00:20:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15105651 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 12 2025 00:20:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15127203 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 12 2025 00:21:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15105653 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 12 2025 00:21:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 15105652 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 12 2025 00:21:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15105658 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:28:31 | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105661 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2025 00:28:31 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105666 | | Email/Text: mrdiscen@discover.com | Feb 12 2025 00:20:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 15105665 | | Email/Text: mrdiscen@discover.com | Feb 12 2025 00:20:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 15109073 | | Email/Text: mrdiscen@discover.com | Feb 12 2025 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15105654 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 12 2025 00:28:56 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15105656 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 12 2025 00:28:52 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15120059 | + | Email/Text: RASEBN@raslg.com | Feb 12 2025 00:21:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank |

Case 19-23231-GLT    Doc 74    Filed 02/13/25    Entered 02/14/25 00:29:53    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15124218 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2025 00:29:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15105669 | + | Email/Text: bankruptcynotices@psecu.com | Feb 12 2025 00:22:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15140808 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 12 2025 00:53:51 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15126941 | + | Email/Text: bankruptcynotices@psecu.com | Feb 12 2025 00:22:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 15146149 | + | Email/PDF: ebnotices@pnmac.com | Feb 12 2025 00:27:54 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15105671 | + | Email/PDF: ebnotices@pnmac.com | Feb 12 2025 00:29:27 | Pennymac Loan Services, 6101 Condor Dr, Moorpark, CA 93021-2602 |
| 15105672 | + | Email/PDF: ebnotices@pnmac.com | Feb 12 2025 00:28:31 | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15105673 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2025 00:21:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 15105674 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 12 2025 00:21:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 15128932 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 12 2025 00:21:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15105675 | + | Email/Text: BankruptcyNotice@upmc.edu | Feb 12 2025 00:22:00 | UPMC, 2 Hot Metal Street, Pittsburgh, PA 15203-2348 |
| 15139121 | | Email/Text: BNCnotices@dcmservices.com | Feb 12 2025 00:21:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15105678 | + | Email/Text: bkelectronicnotices@usaa.com | Feb 12 2025 00:20:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 15105677 | + | Email/Text: bkelectronicnotices@usaa.com | Feb 12 2025 00:20:00 | USAA Federal Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |
| 15105676 | + | Email/Text: bkelectronicnotices@usaa.com | Feb 12 2025 00:20:00 | USAA Federal Savings Bank, 10750 Mc Dermott, San Antonio, TX 78288-1600 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennymac Loan Services, LLC |
| 15105659 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105660 | *+ | Citibank, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 15105662 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105663 | *+ | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 15105657 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15105655 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 15105670 | *+ | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 15105668 | * | P S E C U, P.o. Box 1006, Harrisburg, PA 17108 |
| 15105679 | *+ | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio,, TX 78288-1600 |
| 15105664 | ##+ | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 11, 2025 | Form ID: pdf900 | Total Noticed: 31 |

TOTAL: 1 Undeliverable, 9 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

**Name**           **Email Address**

Brent J. Lemon
   on behalf of Creditor Pennymac Loan Services  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
   on behalf of Creditor Pennymac Loan Services  LLC dcarlon@kmllawgroup.com

Lauren M. Lamb
   on behalf of Debtor Brian R. Hefferin julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 6